No. 03-1693. MCCREARY COUNTY, KENTUCKY, ET AL. v. AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 924.] Motion of the Acting

Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.